UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINALD GOLDMAN,

                    Petitioner,

        v.

WARDEN T. MILLS,

                   Respondent.

No. 21-CV-7220 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

By way of letter dated December 7, 2022, Petitioner requested an extension of time to respond to Magistrate Judge Wang's Report & Recommendation dated November 30, 2022. On December 13, 2022, however, the Court received Plaintiff's Objections to the Report. Accordingly, Plaintiff's application for an extension of time is denied as moot.

SO ORDERED.

Dated:      December 14, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge